1    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3   UNITED STATES OF AMERICA,          )
                                       )
4                 Plaintiff,           )
                                       )
    -vs-                               )
5                                      )
    ABRAHAM BROWN, KENNETH TAYLOR,     )   Case No. 12 CR 632
6   ALFRED WASHINGTON and              )
    CHRISTOPHER DAVIS,                 )   Chicago, Illinois
7                                      )   March 25, 2015
                  Defendants.          )   10:44 a.m.
8   ------------------------------     )
    UNITED STATES OF AMERICA,          )
9                 Plaintiff,           )
                                       )
    -vs-                               )   Case No. 12 CR 887
10                                     )
    ANTONIO WILLIAMS and JOHN T.       )
11  HUMMONS,                           )
                  Defendants.          )
12

13
                  TRANSCRIPT OF PROCEEDINGS
14      BEFORE THE HONORABLE CHIEF JUDGE RUBEN CASTILLO

15  APPEARANCES:

16  For the Government:     HON. ZACHARY T. FARDON
                            UNITED STATES ATTORNEY
17                          BY:  MS. YASMIN BEST
                                 MR. PHILIP FLUHR
18                          219 S. Dearborn Street
                            Chicago, IL  60604
19                          (312) 353-5300
                            E-mail:  Yasmin.best@usdoj.gov
20                                   Philip.fluhr@usdoj.gov

21  Court Reporter:

22            KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                      Official Court Reporter
23                United States District Court
            219 South Dearborn Street, Suite 2524-A
24                Chicago, Illinois  60604
                  Telephone:  (312) 435-5569
25            Kathleen_Fennell@ilnd.uscourts.gov

APPEARANCES:  (Continued)

For Defendants Washington
And Hummons:              MR. STEVEN SHOBAT
                          53 West Jackson Boulevard
                          Suite 1630
                          Chicago, IL  60604
                          (312) 353-2118
                          E-mail:  Steven.shobat@sbclobal.net

                          MR. STEVEN SALTZMAN
                          200 South Michigan Avenue
                          Suite 201
                          Chicago, IL  60604
                          (312) 427-4500
                          E-mail:  Saltzcases@gmail.com

                          MS. ALISON MARLOWE SIEGLER
                          MS. JUDITH POLA MILLER
                          Mandell Legal Aid Clinic
                          University of Chicago Law School
                          6020 S. University Avenue
                          Chicago, IL  60637
                          (773) 834-1680
                          E-mail:  Alisonsiegler@uchicago.edu

For Defendant Brown:      MS. CANDACE R. JACKSON
                          Federal Defender Program
                          55 East Monroe Street
                          Suite 2800
                          Chicago, IL  60603
                          (312) 621-8343
                          E-mail:  Candace_jackson@fd.org

For Defendant Davis:      MR. GERARDO SOLON GUTIERREZ
                          53 West Jackson Boulevard
                          Suite 1651
                          Chicago, IL  60604
                          (312) 786-9970
                          E-mail:  G8370172@sbcglobal.net

For Defendant
Williams:                 MR. STEVEN SALTZMAN
                          (Standing in for Mr. Paul Flynn)
                          200 South Michigan Avenue
                          Suite 201
                          Chicago, IL  60604
                          (312) 427-4500
                          E-mail:  Saltzcases@gmail.com

1      (Proceedings heard in open court:)

2          THE CLERK:  12 CR 632, United States versus Abraham

3  Brown, Kenneth Taylor, Alfred Washington and Christopher

4  Davis, and 12 CR 887, United States versus Antonio Williams

10:44:34   5  and John Hummons.

6          MS. BEST:  Good morning, Your Honor.

7          THE COURT:  Good morning.

8          MS. BEST:  Yasmin Best on behalf of the United

9  States.

10:44:39   10          MR. FLUHR:  Good morning, Your Honor.  Philip Fluhr

11  on behalf of the United States.

12          MS. MILLER:  And good morning, Your Honor.  Judith

13  Miller and Alison Siegler from the Federal Criminal Justice

14  Clinic --

15          THE COURT: Okay.  Thank you.

16          MS. MILLER:  -- on behalf of Mr. Hummons and

17  Mr. Washington.

18          MS. SIEGLER:  Good morning, Your Honor.

19          MR. SALTZMAN:  Good morning, Judge.  Steven Saltzman

10:44:51   20  on behalf of Mr. Hummons who's present in court.  And I'm also

21  standing in for Mr. Flynn regarding Mr. Williams.

22          THE COURT:  Okay.

23          MS. JACKSON:  Good morning, Judge.  Candace Jackson,

24  Federal Defender Program, for Abraham Brown who is present.

10:45:03   25          MR. GUTIERREZ:  Good morning, Your Honor.  Gerardo

1  Gutierrez on behalf of Christopher Davis.

2      MR. SHOBAT:  And good morning, Your Honor.  Steven

3  Shobat on behalf of Alfred Washington who is also present in

4  court, Judge.

5      THE COURT:  Okay.  Have everybody?  I think we're

6  missing Mr. Williams?

7      MS. BEST:  I don't think we have anyone standing in

8  for Mr. Taylor.

9      MR. SALTZMAN:  I can do that, Judge.

10      THE COURT:  Thank you, Mr. Saltzman.

11      And I understand Mr. Williams isn't here, but I

12  really don't have an explanation other than to say he is not

13  here and somehow decided not to come or was not brought over,

14  but I'm going to proceed to rule on the pending motion that's

15  now fully briefed, which is styled as The Defendants' Motion

16  For Statistics Relating to Discovery Regarding Defendants In

17  Phony Stash House Cases.

18      Defendants are seeking broad discovery with regard to

19  nine principal areas, and I'm going to discuss each one of

20  these nine principal areas in making the ruling.  The bottom

21  line is I will allow certain discovery and not allow other

22  discovery, so the motion is going to be partially granted,

23  partially denied for reasons stated in open court.

24      The principal reason for a denial is I'm very mindful

25  of the fact that the discovery being sought is relevant to a

1  potential motion that will be filed by the defendants in this

2  case regarding selective prosecution and a violation of the

3  Constitution in bringing the charges against each of the

4  defendants.

10:46:50

5  At the same time, I have to be mindful of the

6  intrusiveness the potential discovery can have on the

7  Executive Branch's discretion to bring charges and investigate

8  potential cases, as well as keep in mind the privacy interests

9  of other individuals who are not before this Court.

10:47:25

10  In balancing all of these interests, I firmly believe

11  that the fact that the Court has issued the rulings it

12  previously has does not just establish a wide-open territory

13  for the defendants to seek information.

14  I'm also mindful of the fact that there might be

10:47:48

15  other methods to obtain information sought in this case, and

16  I'm going to give you a for example.  A for example of that

17  was widely reported in the Chicago *Tribune* on Monday morning

18  when the ACLU released a report on individuals who were being

19  stopped in the Chicago metropolitan area.  They were able to

10:48:19

20  do that without accessing information from the Executive

21  Branch but just by mining publicly available information.

22  So with that in mind, I'm going to start with the

23  first category of information being sought, which is in the

24  category of rap sheets for each of the 97 defendants

10:48:45

25  prosecuted in this district since 2006.

1           Balancing all the interests here, I will order the

2   government to release the rap sheets for the initial targets

3   of the investigations of the defendants who were charged in

4   this case, not the 97 defendants who were being prosecuted.  I

10:49:13    5   understand that's a subtle distinction, but I think it is the

6   initial targeting and decisions related to that that are the

7   most relevant for this Court.

8           The second category of information being sought here

9   are reports of investigation for each stash house case brought

10:49:37   10   since 2006.  I don't find that that is unduly burdensome.  I

11   think that is very relevant.  That's a total of 25 cases by

12   the Court's count, and so I will order that that information

13   be disclosed to the defendants.

14           The third category of information is under the

10:50:04   15   category of detailed location information, and what the Court

16   will do -- again, balancing the interests that are involved

17   here -- is I will order the government to produce information

18   that shows the Chicago police district where the initial

19   discussion occurred between the target of the investigation

10:50:30   20   and the confidential informant involved in each case.

21           For those non-Chicago cases, the same information can

22   be produced by way of the municipality involved in the

23   investigation.  That is the municipality where an initial

24   discussion occurred between the target and the CI involved in

10:51:02   25   each case.

1          The fourth category of information being sought by

2    the defense has to do with personal identifying information.

3    Defendants are seeking the state ID number, IR number, date of

4    birth and Social Security for each of the 97 defendants.  I

5    believe that this is too broad of a request and will deny that

6    request.

10:51:21

7          The fifth category of information being sought is the

8    same type of information for those individuals that were

9    "non-prosecuted individuals," and I will deny that request as

10   way too broad.

10:51:47

11         The sixth category of information being sought by the

12   defendants involves information for what are called pre-2006

13   cases.  I'm going to deny that request as too broad.  I think

14   sticking initially to this time period of 2006 to the present

15   is the correct manner to proceed.

10:52:11

16         The seventh category of information being sought is

17   "any additional policies, practices, memorandums, e-mails or

18   other documents not previously disclosed revealing or

19   discussing the selection criteria for the stings."

20         I believe I have previously ordered disclosure of all

10:52:34

21   relevant information.  I don't know where the defense is going

22   with this request, but I find it too broad and will deny that

23   seventh category of information being sought.

24         The eighth category I'm labeling ATF manuals from

25   before 2006 addressing stash house stings.  Again, I don't see

10:53:04

1  a probative value for pre-2006 events and documents.  They're

2  too remote to the events of this case.  I'm going to deny that

3  request.

4  Finally, the ninth category seeks ATF

10:53:25
5  nondiscrimination materials.  I will certainly grant that

6  request and order that the government produce to the

7  defendants policies that were in place as of 2006 or later

8  that show nondiscrimination.

9  That is the Court's ruling.  I'm going to order

10:53:50
10  compliance with this ruling within 21 days.  I think that is a

11  reasonable amount of time for the requests that I've granted

12  versus the requests that I've denied, and I think we need to

13  set up a status about -- on Day 24 from today's date.

14  So if you could give me that date, Mrs. O'Shea.  And

10:54:18
15  you might as well put into the record the 21st day would take

16  us to what day?

17  THE CLERK:  The 21st date is April 15th, which is a

18  Wednesday.  Do you want to go to the following Wednesday?

19  THE COURT:  Let's go to the following Wednesday.

10:54:29
20  THE CLERK:  April 22nd, 9:30.

21  THE COURT:  April 22nd at 9:30.  We will hold a

22  status hearing on that date.

23  MR. FLUHR:  Your Honor, the government would ask that

24  time be excluded between today and --

10:54:42
25  THE COURT:  Time will be excluded, given the nature

1  of the Court's ruling and the motion practice that is

2  occurring.

3          MR. FLUHR:  Thank you, Your Honor.

4          THE COURT:  Thank you.

10:54:53  5          MS. BEST:  Thank you, Your Honor.

6          MS. SIEGLER:  Thank you, Your Honor.

7          MS. MILLER:  Thank you, Your Honor.

8      (Which were all the proceedings heard.)

9                      CERTIFICATE

10      I certify that the foregoing is a correct transcript from

11  the record of proceedings in the above-entitled matter.

12  */s/Kathleen M. Fennell*          *May 15, 2015*

13  _____          _____
    Kathleen M. Fennell                    Date
14  Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25